See Attachment

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARIO LENARDO CRADLE,                      :
     Petitioner

                             :

      vs.                                  :    CIVIL ACTION NO. 1:CV-01-117

                             :

UNITED STATES OF AMERICA,
EX REL.,                                   :
     Respondents

## O R D E R

AND NOW, this 1st day of August, 2001, upon
consideration of the Petitioner's motion to proceed in forma
pauperis on appeal (doc. 3), it is ordered that the motion is
denied on the basis of our memorandum of June 27, 2001.

William W. Caldwell
United States District Judge

**FILED**
HARRISBURG, PA

AUG  1 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk