INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

MARIO LENARDO CRADLE,　　　　　　　Dist. Ct. Docket # 1:CV-01-0117
　　　Petitioner/Appellant
　　　v.　　　　　　　　　　　　　　　　(Judge William W. Caldwell)

United States of America, Ex. Rel, et al.　　Ct. of Appeals Docket # _____
　　　Respondents/Appellees

NOTICE OF APPEAL FILED 07/27/01　　　COURT REPORTERS:　No

FILING FEE:
Notice of Appeal　　___ Paid　_X_ Not Paid　___ Seaman
Docket Fee　　　　 ___ Paid　_X_ Not Paid　___ US or Govt.

CJA Appointment: (Attach copy of order) N/A
___Private Attorney
___Defender Association or Federal Public Defender
___Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)
___Granted
___Denied
___Pending

MOTIONS CURRENTLY PENDING : No
COPIES TO:
Judge William W. Caldwell　　　　　　　Mario Lenardo Cradle
File Copy　　　　　　　　　　　　　　　PRSLC Taggart


　　　　　　　　　　　　　　　　　　　Virginia Gilmore
DATED: June 15, 2001　　　　　　　　　Deputy Clerk


Please acknowledge receipt of these documents on the enclosed copy of this sheet.