OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

July 30, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106


RECEIVED JUL 31 2001 USCA 3rd CIR

RE: MARIO LENARDO CRADLE v. UNITED STATES OF AMERICA
Case Number: 1:CV-01-0117
USCA Case No: Unknown  Appeal filed 07/27/01

Dear Ms. Waldron:
Enclosed please find:

\_\_\_ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_X_ Actual Record with one certified copy and one uncertified copy of docket entries. (Docs. #1 thru #3)

\_\_\_ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record

\_\_\_ Actual_____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

FILED
HARRISBURG
AUG 0 3 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK
Virginia Gilmore
Virginia Gilmore
Deputy Clerk

7-31-01