OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4938

pacer.ca3.uscourts.gov

July 31, 2001

NOTICE OF DOCKETING OF APPEAL

**FILED**
HARRISBURG
AUG 0 3 2001
MARY E. D'ANDREA, CLER
Per_____
DEPUTY CLERK

Cradle v. USA

No(s): 01-cv-00117

(Honorable William W. Caldwell)

An appeal by **Mario L. Cradle** was filed in the above-captioned case on 7/27/01, and docketed in this Court on 7/31/01, at No. **01-3040**.

Kindly use the Appeals Docket No. **01-3040** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk