

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983



**MARY E. D'ANDREA**
Clerk of Court

(717) 221-392
FAX  (717) 221-395

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

**FILED**
HARRISBURG

AUG 0 6 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

RE:

Cradle v. USA, Ex REL
1:cv;-01-117

Aug. 2, 2001

Dear Ms. Waldron,
    Enclosed please find:

    _____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

    _____ Actual Record with one certified copy and one uncertified copy of docket entries.

    _____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

    __X__ Actual __1st__ Supplemental Record with one certified copy and one uncertified copy of docket entries.
       & doc 5

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

Pamela Warner
Deputy Clerk