c/o: St. of Financial

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: pacer.ca3.uscourts.gov

TELEPHONE
215-597-2995

(10
8/14/0

__MD - Harrisburg__    Clerk of District Court    Date __8/9/01__
(District)

__Cradle v. USA, ex rel, et al.__    C. OF A. NO. __01-3040__
(Caption)

__Mario Lenardo Cradle__
(Appellant)

__01-cv-117__  _J Caldwell_
(D.C. No.)

**RECEIVED**
HARRISBURG, PA

**AUG 13 2001**

MARY E. D'ANDREA, CLERK
Per _____

Enclosures:

__8/9/01__    Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No. (s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_Dannette M. Gunning_    267-299-7914
Administrative Manager    Telephone Number

Receipt Acknowledge:

__ack'd__
(Name)

__8/13/01__
(Date)

_Rev. 7/7/00_
O:/dmg/forms/orderltrfrm
_Appeals (Certified List in Lieu of Record)_

EPS-339                                                                    August 6, 2001

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **01-3040**

MARIO LENARDO CRADLE

vs.

UNITED STATES OF AMERICA, EX REL; ET AL.

(M. D. Pa. Civ. No. 01-cv-00117)

Present:   Marcia M. Waldron, Clerk

> Submitted is appellant's affidavit in support of motion to proceed in forma pauperis, which is treated as a motion for leave to appeal in forma pauperis pursuant to Rule 24, Federal Rules of Appellate Procedure;
>
> in the above-captioned case.

MMW/je

## ORDER

The foregoing motion to proceed in forma pauperis is granted. This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6.

A True Copy
/s/ Deputy Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: AUG 9 2001

cc: mlc
    us atty

FILED HARRISBURG
AUG 13 2001
MARY E. D'ANDREA, CLERK
Per: /s/ Deputy Clerk